DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SCOTT SIMEON (NYBN 5012653)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
scott.simeon@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-71012-MAG (VKD) |
| Plaintiff, | STIPULATION TO CONTINUE AND EXCLUDE TIME FROM NOVEMBER 19, 2020, TO JANUARY 7, 2021; [PROPOSED] ORDER |
| v. | |
| AMANDA CHRISTINE RILEY, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Amanda Christine Riley, that the parties' November 19, 2020 appearance be continued to January 7, 2021, for a status conference or arraignment, and that time be extended under Federal Rule of Criminal Procedure 5.1 and excluded under the Speedy Trial Act from November 19, 2020, through January 7, 2021.

The government has produced over 22,000 pages of discovery, including audio and video files. Counsel for the defendant is continuing to review this discovery, conducting further defense investigation, considering litigation options, and consulting with the defendant. Additional time is required for effective preparation, including these tasks and others. In addition, the parties are attempting to reach a pre-indictment resolution to the case, which will require further investigation and

1  may require further exchange and review of discovery.

2      For these reasons, the parties stipulate and agree that the November 19, 2020 appearance be

3  continued to January 7, 2021.  Extending and excluding time until January 7, 2021 will allow for the

4  effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and

5  agree that the ends of justice served by extending and excluding the time from November 19, 2020

6  through January 7, 2021 from computation under the Speedy Trial Act outweigh the best interests of the

7  public and the defendant in a speedy trial. 18 U.S.C. § 3161(b) and (h)(7)(A), (B)(iv).

8      The undersigned Assistant United States Attorney certifies that he has obtained approval from

9  counsel for the defendant to file this stipulation and proposed order.

10      IT IS SO STIPULATED.

11

12  DATED:  November 18, 2020                          /s/
                                                    SCOTT SIMEON
13                                                  Assistant United States Attorney

14
    DATED:  November 18, 2020                          /s/
15                                                  RABIN NABIZADEH
                                                    Counsel for Defendant
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2        Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3 Court finds that failing to extend time for preliminary hearing or indictment under Federal Rule of

4 Criminal Procedure 5.1 and failing to exclude time under the Speedy Trial Act from November 19, 2020

5 through January 7, 2021 would unreasonably deny defense counsel and the defendant the reasonable

6 time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

7 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from

8 November 19, 2020 to January 7, 2021 from computation under the Speedy Trial Act outweigh the best

9 interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties,

10        IT IS HEREBY ORDERED that the hearing scheduled for November 19, 2020, shall be

11 continued to January 7, 2021, for a status conference or arraignment.

12        IT IS FURTHER ORDERED that the time from November 19, 2020, through January 7, 2021

13 shall be excluded from computation under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial

14 Act, 18 U.S.C. § 3161(b) and (h)(7)(A), (B)(iv).

15        IT IS SO ORDERED.

16

17 DATED: _____                    _____

18                                             HON. VIRGINIA K. DEMARCHI
                                            United States District Judge
19

20

21

22

23

24

25

26

27

28