DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED
JAN 0 6 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21 00004 BLF SVK |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 152(1) – Concealment of Assets; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) Forfeiture Allegation |
| v. | |
| AMANDA CHRISTINE RILEY, | |
| Defendant. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:    (18 U.S.C. § 1343 – Wire Fraud)

Beginning in or about October 2012 and continuing through on or about January 3, 2019, in the Northern District of California and elsewhere, the defendant,

AMANDA CHRISTINE RILEY,

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts; specifically, the defendant claimed to have Hodgkin's lymphoma, a type of cancer, and solicited donations to help pay for her claimed medical expenses, when in truth, as the defendant knew, she did not have Hodgkin's lymphoma and had not been diagnosed with or treated for Hodgkin's

INFORMATION

lymphoma or any other type of cancer.

On or about January 14, 2016, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud, the defendant,

AMANDA CHRISTINE RILEY,

knowingly transmitted and caused to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds; specifically, $1,173.41 transmitted via Stripe, Inc., in San Francisco, California, to the defendant's USAA bank account in San Antonio, Texas.

All in violation of Title 18, United States Code, Section 1343.

COUNT TWO:   (18 U.S.C. § 152(1) – Concealment of Assets)

From on or about November 19, 2013, to on or about January 3, 2019, in the Northern District of California, the defendant,

AMANDA CHRISTINE RILEY,

knowingly and fraudulently concealed from the trustee charged with control of the debtor's property and from the creditors and the United States Trustee in *In re Cory Patrick Riley and Amanda Christine Riley*, Bankruptcy Case No. 13-56039 SLJ, property belonging to the debtor's estate; specifically, approximately $106,272.43 in income earned through the defendant's false and fraudulent claims that she had Hodgkin's lymphoma.

All in violation of Title 18, United States Code, Section 152.

FORFEITURE ALLEGATION:   (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction for any of the offenses set forth in this Information, the defendant,

AMANDA CHRISTINE RILEY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations.

INFORMATION                                                                  2

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: January 6, 2021

DAVID L. ANDERSON
United States Attorney

*Scott Simeon*
SCOTT SIMEON
Assistant United States Attorney

INFORMATION     3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

### OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 1343 – Wire Fraud
COUNT TWO: 18 U.S.C. § 152(1) – Concealment of Assets

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: Max Prison Term: 20 Years; Max Sup Release Term: 3 Years; Max Fine: $250,000 or twice the gross gain or gross loss, whichever greater; Sp. Assess: $100; Count 2: Max Prison Term: 5 Years; Max Sup Release Term: 3 Years; Max Fine: $250,000 or twice the gross gain or gross loss, whichever greater; Sp. Assess: $100

FILED
JAN 06 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

DEFENDANT - U.S.
▶ AMANDA CHRISTINE RILEY

DISTRICT COURT NUMBER
CR 21 00004 BLF SVK

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
IRS Special Agent Arlette Lee

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
CR 20-71012-MAG

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Scott Simeon

### DEFENDANT

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NDCA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments: