FILED

Jan 11 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR 21-0004-BLF |
| Amanda Christine Riley | ) | |
| | ) | |
| Defendant | ) | |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1-10-21

_____
Defendant's signature

_____
Signature of defendant's attorney

Severa Keith
_____
Printed name of defendant's attorney

_____
Judge's signature

Hon. Nathanael Cousins, United States District Judge
Judge's printed name and title