STEVEN G. KALAR
Federal Public Defender
DEJAN GANTAR
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Email: Dejan_Gantar@fd.org

Counsel for Defendant
AMANDA CHRISTINE RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 21-CR-00004 BLF |
| Plaintiff, | ) ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| vs. | ) ) | |
| AMANDA CHRISTINE RILEY, | ) ) | |
| Defendant. | ) ) | |

The Federal Public Defender has been appointed as counsel for Amanda C. Riley. Pursuant to General Order 45 of the Local Rules, Assistant Federal Public Defender Dejan Gantar enters his Notice of Substitution of Attorney for Amanda C. Riley. Assistant Federal Public Defender Dejan Gantar will be replacing Assistant Federal Public Defender Severa Keith as counsel of record. Counsel's contact information is listed above.

Dated: January 22, 2021                    Respectfully submitted,

                                           STEVEN G. KALAR
                                           Federal Public Defender

                                           S/_____
                                           DEJAN GANTAR
                                           Assistant Federal Public Defender

NOTICE OF SUBSTITUTION OF ATTORNEY