STEVEN G. KALAR
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
dejan_gantar@fd.org

Counsel for Defendant
AMANDA RILEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>AMANDA RILEY,<br><br>           Defendant. | Case No. 21-CR-4 BLF<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>Before the Honorable Beth L. Freeman<br>United States District Judge |

**STIPULATION**

Defendant Amanda Riley, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Scott Simeon, respectfully request that the status conference currently scheduled for February 23, 2021 at 9:00 a.m. be continued for further status or possible change-of-plea until March 23, 2021 at 9:00 a.m.

The reason for the requested continuance is that undersigned defense counsel recently substituted into the case, and requires additional time to learn the case, review and assess discovery (which includes over 15 gigabytes of material), confer with the Government regarding potential resolution, and confer with his client regarding the same.

The parties further stipulate and agree that the time between February 23, 2021 and March 23, 2021 should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

STEVEN G. KALAR
Federal Public Defender
Northern District of California

DATED: February 18, 2021

/s/ Dejan M. Gantar
DEJAN M. GANTAR
Assistant Federal Public Defender

/s/ Scott Simeon
Scott Simeon
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the status conference scheduled for February 23, 2021 at 9:00 a.m. be continued for further status or possible change-of-plea until March 23, 2021 at 9:00 a.m.  For good cause shown, the Court further finds that failing to exclude the time between February 23 until March 23 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between February 23, 2021 and March 23, 2021 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE