STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5040
   Fax: (408) 535-5081
michael.pitman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:21-cr-00004-BLF-1 |
| Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | |
| AMANDA CHRISTINE RILEY, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Michael G. Pitman appears in this matter in substitution of AUSA Scott Simeon. Future ECF notices should be sent to Assistant United States Attorney Pitman with the following contact information:

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5040
   Fax: (408) 535-5081
   michael.pitman@usdoj.gov

AUSA Simeon should be removed from the list of persons to be noticed.

DATED: March 30, 2021                    Respectfully submitted,

                                         STEPHANIE M. HINDS
                                         Acting United States Attorney


                                         s/ Michael G. Pitman
                                         MICHAEL G. PITMAN
                                         Assistant United States Attorney