# EXHIBIT A

Your Honor,

My name is Tom, and I'm the oldest of Amanda's younger brothers.

I want to start off by saying that this has been a difficult time for me and my family. No brother ever expects to hear that their older sister, someone they love and admire, would do something so extreme. It's taken me a while to come to terms and digest the situation, and I've decided it would be irresponsible for me to not write a letter to give some perspective on who Amanda is as a person.

Amanda is my only sister, so her entire childhood consisted of her watching after and helping her 3 younger brothers follow in her footsteps. I remember enjoying going to her softball games and dance recitals, and I reminisce about the times where we would play in our yard during hot summer days, take family camping trips to Yosemite, and even work together at Build-a-Bear Workshop during highschool.

To be blunt, Amanda made a significant and life-changing mistake. What most likely started out as an outcry for attention and help, quickly spiraled out of control to the point where she felt trapped. I'm confident she was in too deep and didn't know how to climb back out of the hole she had been digging for so long. After you've been living with a big lie on your chest for years, I can imagine it becomes part of your identity.

Outside of this incident, Amanda has always been extremely thoughtful and caring; She never forgets my kid's birthdays, she's the first person in our family chat to instigate family gatherings, and she's always giving her two boys the love and attention that they need. Her two kids are her everything, and she always makes them her top priority.

While we aren't as close as we once were as children, she still makes time for me and my family even though we have busy lives and live in different parts of the country. I know Amanda as a loving sister, a supportive mother, and an upholding member of society. I may not be ready to forgive her yet, but I will always try my best to support her. She made a mistake, and I'm confident she and I both look forward to getting past the legal repercussions of her actions so that my entire family can work towards a healthier and brighter future.

Best regards,

Tom Maneri

*signature*

2/10/2022

**Thomas Maneri**
Riverside, CA

April 19, 2022

Judge Freeman,

My name is Thomas Maneri, and I am Amanda Riley's father, and have known her since birth. Like most Dads, I am very proud of all my kids, but as the only daughter Amanda has always had a special place in my heart. She was a joy as a child, and always such a good girl and eager to please. It was devastating to learn of Amanda's crime, and that she never had cancer, as I never would have expected this ever with her character in my experience.

Amanda has always been a very thoughtful and kind person, putting other people's feelings often before her own. She's the first in the family often to want to coordinate family holidays and camping trips, and clearly really treasures that time. She goes out of her way to foster a special relationship between her sons, myself, and my wife. Her thoughtfulness and kindness in everything she does makes me so proud. She is highly educated, and a very spiritual person.

I've tried to be equally supportive of Amanda, and although she didn't have cancer, she has struggled with several other physical health issues. She has always wanted my approval, and I know it breaks her heart to let me down. It breaks my heart to see her so broken from the weight of her horrible decision, and the pressure to protect her family thru the process.

I am proud to see Amanda as always is still trying to put her family first. She is a very nurturing and attentive mother, and her care and love are so evident in her two young boys. She and her husband have made the kids their top priority. Even thru the darkest days, she finds a way to smile and keep her sons active and learning about the world around them.

Amanda has never committed any other crime that I am aware of, and I believe good people sometimes make a horrible mistake. Our family struggled last Fall when Amanda finally told us all the truth. But thru our anger, we still see the light in her, and have seen the hell she has been thru that we wouldn't wish on anyone.

Sincerely,

Thomas Maneri

**Peggy Maneri**
Riverside, CA

April 17, 2022

Dear Judge Freeman,

The past few months have been very challenging for our family. It was extremely difficult to learn that my daughter, Amanda Riley, never had cancer. We are trying to work thru the healing process, and piecing back our relationship moving forward. I will continue to support Amanda thru everything, as this mistake may define her currently, but there is so much good in her the world doesn't get to see thru this process.

Amanda has lived every other facet of her life as a good person. She was an excellent student, daughter, and friend thru her childhood years. She attended college and earned a Bachelor's Degree in Psychology; a California State Teachers Credential, and a Master's Degree in Advanced Education.

She worked many years as a dedicated teacher and was an outstanding Principal for a few years before this all came to light. Tragically children will not benefit from her dedication to learning, as this felony has cost her the career she was born for; I do recognize this is her fault and a price she must pay, but it breaks my heart to see her lose this component of her identity.

Amanda has always been a loving daughter, and eager to please and keep harmony in the family. She is also a wonderful mother. Even thru the several other health issues she/s faced/faces, she has always put her boys first, ensuring every minute she can spend with them is a highest priority. She is very nurturing, and her teaching skills show at home in their growth, development, and success.

While devastated at her crime, we are proud that she did come clean to the family, and is receiving psychological help to process the whole overwhelming process of confession, and trying to lead her little family to a future life. Losing her career having to resign when the news broke, they lost half their income; being no longer able to afford to live in the Bay Area on one income, and with the media backlash, Amanda and Cory made the responsible decision to move to Texas where they could protect their boys, and can get by for the most part on his salary alone. While we hated to see them leave California, we were proud that they were making good decisions. Also knowing some form of financial restitution will be required, Amanda knows she will have to find some form of employment which may be difficult as a felon; but she is determined to do what must be done.

We will continue to emotionally support Amanda and her family. I love her, and will do everything we can to help her, and her family as they get thru the penalty phase of her crime. And help them heal, raise their boys, and continue being productive members of society.

Respectfully,
Peggy Maneri

Ginny Whelchel

████████████████

Feb. 3, 2022

Re: Amanda Riley

To the honorable Judge Freeman,

I am writing this character reference of Amanda Riley to help provide a more complete picture of who she is. I worked with Amanda for 3 years (2017-2020) while she was principal at Pac Point Christian School in Gilroy, CA. I was a 5th grade teacher then, as well as now. Besides our regular interaction, I served on the school Advisory Team alongside Amanda, which required bi-weekly meetings after school.

The word that comes to mind when I think of Amanda is caring. I know – what about the case she's involved in? I do understand that Amanda has pled guilty to one count of wire fraud, deceived people and took money under false circumstances, and claimed to have cancer, but didn't. I do understand that, in breaking the law and defrauding others, she must be held accountable, and it is your job to render a sentence. Nevertheless, I saw Amanda show genuine compassion to others during the time we worked together.

While principal, Amanda spent considerable time with troubled students and their families, as well as staff who were dealing with difficult situations. I happened to have an unusually high percentage of students, one year, who were dealing with the aftermath of various traumatic events. Amanda invested large amounts of time talking with them one-on-one, while still maintaining her very busy schedule. She was especially good with helping them work through their anger, and they usually left her office feeling loved.

Amanda started a group at our school called "Little Missionaries", whose goal was to enable students to serve our community. She led the 20-30 students in making little gifts, writing letters, and praying for: police officers, soldiers, pastors, firefighters, and the homeless.

Amanda's two sons attended our school, and both boys showed great respect and kindness to others, a reflection - I think - of caring parents.

Amanda worked hard to build a cohesive spirit among the staff by instigating social events, remembering birthdays, and helping at every turn. I think she was our staff's own personal "Little Missionary".

Here at school, Amanda gave of herself and used her talents and abilities to turn vision into reality. I appreciate how much she poured into the students, staff, and myself. I know we make poor choices and there are consequences that go with them, but I hope this letter helps to balance your understanding of Amanda Riley.

Thank you for your consideration,

Ginny Whelchel

*Ginny Whelchel*

February 6, 2022

To Honorable Judge Freeman,

My name is Martha Helton. I am currently teaching 4th grade at Pacific Point Christian Elementary School in Gilroy, where I have been teaching for the past 18 years.

This letter is in regards to the upcoming sentencing of Amanda Riley. I am fully aware that Amanda has pled guilty to one count of wire fraud, and that she did not have cancer.

I met Amanda Riley in August of 2017. She had applied for a teaching position at the Jr. Hi/High School but was hired to be the principal at the elementary campus. I found Amanda to be young, energetic and approachable. She was excited and ready to face the challenges ahead. She had her own new ideas for the school, but she was open to faculty ideas and input.

Amanda chose different faculty members as her "Advisory Team." I was one of those members. We met once a month and had specific areas to oversee: 1) Discipleship 2) Training & Safety 3) Curriculum & Technology 4) Fellowship and 5) Yard Duty, Extra-Care & After School Programs. She worked well with us and was able to delegate responsibilities.

I was most impressed by the program Amanda started, "Little Missionaries." This was a volunteer outreach program for students, led by Amanda and two teachers. Students met together and made cards and gifts. Students then delivered them to local service providers - police and fire departments and retirement and senior citizen facilities where they spent time in fellowship with the residents. There were other outreaches to the community, but they were all discontinued when COVID restrictions made it impossible to meet together.

When COVID kept students from attending class, Amanda worked with the administration to train and equip the teachers to do online classes with Google Classroom and ZOOM. Consequently, we were able to finish the school year - only missing 8 days of instruction!

Finally, with concerns over all the year-end events that the students were missing due to COVID, Amanda worked with the administration and the teachers to organize "drive-through" promotion ceremonies. She also went with the teachers to personally deliver the year-end scholastic and citizenship awards to each student who had earned one. The students and parents were overjoyed by this act of kindness.

I am aware that Amanda broke the law and took advantage of people, and that she needs to be held accountable. I hope this letter supplies you with more information about Amanda as you make your decision on her sentencing.

Sincerely,

*Martha Helton*

Martha Helton

To Honorable Judge Freeman,                                  January 24, 2022

This letter is one of support for Amanda C Riley, who has been convicted of and admitted to; one [1] count of wire fraud of funds for a nonexistent medical condition [Cancer]. We do understand Amanda never had cancer as stated in news reports and via Amanda's confession.

Both Kevin Anderson and I, as husband and wife, worked with Amanda for four years at Statcomm, Inc., a Fire and Life Safety Company in Mt. View. We worked together and spent time on a daily basis speaking with and working with Amanda. My position was as the Dir. Of Business Development, Kevin was/is Lead Assessor and Amanda had a few different positions during her time there, one of the primary ones being that of creating curriculum to train existing and new staff entering the sprinkler division of the company.

There wasn't any aspect of the company's services she couldn't' provide excellent insight into, and always willing to help anyone. Amanda had a highly regarded work ethic, continually pushing the envelope and achieving more and more than seemed possible with whatever she took on. She was the type of employee everyone wanted because she never gave up, she was reliable and a wonderful co-worker for all.

In learning about Amanda's legal situation Kevin and I were absolutely shocked and extremely saddened. There was absolutely no previous indication by Amanda's behavior, demeanor or actions that she was the type of person to intentionally attempt to do anything like this. We adored her and her husband and valued the knowledge and skill they respectively brought to the company.

We cannot answer as to why this choice was made, it's frankly unimaginable. We were one of many who contributed what we could a couple of times for her medical needs through fund raisers on her website [one time for $25.00] and a company drive of [$50]

When we learned of the fraud, we were of course shocked, but we are all people of intense faith in God. All things are not explainable in our time, but we do know forgiveness is paramount to our faith and we forgave her shortly after we learned about it. Amanda is also a devoted Christian.

I have every confidence in the world that nothing like this could or would ever happen again. This has no doubt be one of the hardest matters to recover from and nothing that Amanda would ever attempt again., I know she feels absolutely horrible about what happened and the pain it caused so many friends and family.

Amanda brings so much richness to this world at every level, she is far more valuable to all being part of society, and using her intellect and incredible personality to make a positive difference. We will continue to be her friend and support her throughout her life.

Respectfully,

Kevin & Cherie Anderson

*Cherie Anderson*
*Kevin S Anderson*